IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-03313-MSK-BNB

TINA M. CRUM,

Plaintiff,

v.

ADAM L. WAY,

Defendant.

_____

### MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Renewed Stipulated Motion to Alter the Scheduling Order** [docket no. 22, filed August 15, 2013] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and the discovery cut-off is extended to and including September 3, 2013, solely for the purpose of taking the deposition of plaintiff. The dispositive deadline is extended to and including **October 15, 2013**.

DATED:  August 16, 2013